UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR 1:15-066 |
| ) | |
| RAFFAELE MANZI ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Keith Bernard Johnson**, having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Keith Bernard Johnson** be granted leave of absence for the following period: **October 26, 2015 through October 30, 2015; November 2, 2015 through November 10, 2015; November 23, 2015 through November 30, 2015; December 21, 2015 through December 31, 2015; and January 1, 2016 through January 8, 2016.**

This 19th day of October, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia