UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR115-066, USA v. Manzi |
| | ) | CR115-072,USA v. Henderson |
| LEAVE OF ABSENCE REQUEST | ) | CR115-077, USA v. Howard |
| | ) | CR115-108, USA v. Riley |
| KEITH BERNARD JOHNSON | ) | |
| April 4, 2016- April 8, 2016 | ) | |
| April 21, 2016 - May 9, 2016 | ) | |
| August 8, 2016 - August 12, 2016 | ) | |
| November 21, 2016 - November 28, 2016 | ) | |
| December 19, 2016 – December 20, 2016 | ) | |
| January 1, 2017 – January 6, 2017 | ) | |

## ORDER

**Keith Bernard Johnson** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Keith Bernard Johnson** be granted leave of absence for the following periods: **April 4, 2016 through April 8, 2016; April 21, 2016 through May 9, 2016; August 8, 2016 through August 12, 2016; November 21, 2016 through November 28, 2016; December 19, 2016 through December 30, 2016 and January 1, 2017 through January 6, 2017.**

This _16th_ day of _February_, 2016.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia