IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA        *
                                *
v.                              *        CR 115-066
                                *
RAFFAELE MANZI                  *

## O R D E R

Before the Court in the captioned case is Defendant Raffaele Manzi's request to terminate his five-year term of probation. The Court is in possession of a report concerning Manzi's time on probation from his supervising probation officer. The Court will not disclose the details here out of concern for Manzi's privacy. The supervising probation officer recommends denial of Manzi's request. Upon review, the Court agrees and finds that the community at large and Manzi himself are better served by continued supervision.

Upon the foregoing, Manzi's motion for early termination of probation (doc. 39) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of September, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA